

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO. 4:21-CR-__38 (CDL)__ |
| v. | : VIOLATIONS: |
| WILLIE N. HARRIS, | : 21 U.S.C. § 841(a)(1) |
| | : 21 U.S.C. § 841(b)(1)(C) |
| Defendant | : |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Possession with Intent to Distribute Oxycodone)

On or about August 28, 2021, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**WILLIE N. HARRIS,**

Defendant herein, did knowingly and intentionally possess with the intent to distribute oxycodone, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
### (Possession with Intent to Distribute Oxycodone)

On or about September 24, 2021, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**WILLIE N. HARRIS,**

Defendant herein, did knowingly and intentionally possess with the intent to distribute oxycodone, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

ANDRES R. JIMENEZ
Special Assistant United States Attorney

Filed in open court this ⎯16⎯ day of ⎯Nov⎯, 2021.

Deputy Clerk

2