# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | CASE NO. 4:21-CR-00038-CDL |
| | ) | |
| | ) | |
| WILLIE HARRIS | ) | |
| | ) | |
| | ) | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant, **WILLIE HARRIS,** has moved the court to continue the change of plea hearing for his case presently scheduled for 10:00 a.m. on April 14, 2022. He also moves to continue the trial of his case to the Court's September 2022 jury trial term. The Government does not oppose this motion.

IT IS HEREBY ORDERED that the above-referenced case be continued to the Court's next regularly scheduled trial calendar, set to begin September 2022, and that the Speedy Trial deadline imposed by 18 U.S.C. § 3161(c)(1) shall be extended to that time. The Court finds that the ends of justice served by granting continuance outweigh the interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 11th day of April, 2022.

S/Clay D. Land
CLAY D. LAND
U.S. District Court Judge